IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-1143-AP

Josephine Alba,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security
    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Frederick W. Newall
730 N. Weber, #101
Colorado Springs, CO 80903
719-633-5211
fnewall@qwestoffice.net

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
Denver, Colorado 80202
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed**: 4/22/14

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office**: 4/23/14

    **C.**    **Date Answer and Administrative Record Were Filed**: 6/17/14

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due**: 8/18/14

    **B.**    **Defendant's Response Brief Due**: 9/17/14

    **C.**    **Plaintiff's Reply Brief (If Any) Due**: 10/2/14

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **( X )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 7th day of July, 2014.

                                                  BY THE COURT:

                                                  *s/John L. Kane*
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

                John F. Walsh
                United States Attorney

s/ Frederick W. Newall                 **By:** s/ *David I. Blower*
730 N. Weber, #101                    Special Assistant U.S. Attorney
Colorado Springs, CO 80903        1961 Stout Street, Suite 4169
719-633-5211                            Denver, CO 80294-4003
fnewall@qwestoffice.net             303-844-1571
Attorneys for Plaintiff                  303-844-0770 (facsimile)
                                        David.blower@ssa.gov
                                        Attorneys for Defendant