**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01143-REB

JOSEPHINE ALBA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER**

**Blackburn, J.**

    This matter is before me *sua sponte*. It has come to the court's attention that the parties previously indicated their intention to consent to the resolution of this case by a United States Magistrate Judge. (*See* **Joint Case Management Plan for Social Security Cases** ¶ 10 at 3 [#14],[1] filed July 7, 2014.) Despite this ostensible agreement, the parties have not yet filed the form of consent required by **D.C.COLO.LCivR** 72.2(d) to permit the exercise of consent jurisdiction by a magistrate judge.

    The court thus finds that a telephonic status conference is necessary to clarify this issue.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the court shall conduct a telephonic (non-appearance) status conference

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's management and electronic case filing system (CM/ECF). I use this convention throughout this order.

on **Friday, May 29, 2015**, at **10:00 a.m.** (MDT), at which time counsel for both parties shall contact the court's Judicial Assistant at **(303) 335-2350** to discuss the parties' ostensible consent to reassigning this matter to the jurisdiction of the magistrate judge, as indicated by their previous submission to the court; and

    2. That counsel for plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the status conference.

    Dated May 22, 2015, at Denver, Colorado.

                                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge