**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-01143-REB

JOSEPHINE ALBA,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**ORDER**

---

**Blackburn, J.**

Proceeding under D.C.COLO.LCivR 72.2(d), the parties have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) by filing a **Consent to the Exercise of Jurisdiction by a United States Magistrate Judge** [#22],[1] on May 28, 2015.  Thus, under D.C.COLO.LCivR 72.2(e), the civil action should be assigned to a magistrate judge.

**THEREFORE, IT IS ORDERED** as follows:

1.  That under D.C.COLO.LCivR 40.1(a) and (b) this action shall be co-assigned to a full-time magistrate judge;

2.  That the case caption shall include the initials of both the district judge and the magistrate judge to whom the case is assigned; and

3.  That once a magistrate judge has been co-assigned, this court will issue an order of reference under D.C.COLO.LCivR 72.2(e) assigning the action to the

---

[1]  "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

magistrate judge currently assigned to the case.

Dated June 8, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge