IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01143-MJW

JOSEPHINE ALBA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on June 15, 2015 , incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Josephine Alba .

    DATED at Denver, Colorado this   15th   day of June , 2015.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/M. Ortiz
    M. Ortiz,
    Deputy Clerk